UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>MuniVest Services, LLC, *et al.*[1]<br><br>Debtors. | Case No. 10-71403-pjs<br>Chapter 7<br>*(Jointly Administered)*<br><br>Hon. Phillip J. Shefferly |
| Gene R. Kohut, Chapter 7 Trustee for MuniVest Services, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MGM Grand Detroit, LLC,<br><br>Defendant. | Adv. P. No. 12-05905-pjs |

### REPORT OF PARTIES' RULE 26(f) CONFERENCE

Pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), a conference was held on January 17, 2013 by telephone and was participated in by:

      Anthony J. Kochis, Esq. for Plaintiff
      Doron Yitzchaki, Esq. for Defendant MGM Grand Detroit, LLC

This is submitted as the required report of that conference.

(1)     <u>Initial Disclosures required by Fed. R. Civ. P. 26(a)(1)</u>.

      [ X]     The parties will each serve initial disclosures by February 8, 2013; or

      [ ]     The parties agree to provide the following at the times indicated:

---

[1] The Debtors are: MuniVest Services, LLC, a/k/a MuniVest, Group, a/k/a MuniVest Financial Group, a/k/a MuniVest Financial Group of Illinois, LLC, a/k/a MuniVest Financial Group LLC, a/k/a MuniVest Capital International, LLC, address: 29355 Northwestern Highway, Suite 110, Southfield, MI 48034, MuniVest Financial Group LLC, and Dante DeMiro, a/k/a Dante Thomas Garcia DeMiro, a/k/a Dante T. DeMiro, a/k/a Dante Thomas-Garcia DeMiro, a/k/a Daunte DeMiro.

{00008021.DOC }

(2) <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery plan: (Use separate paragraphs or subparagraphs as necessary if parties disagree.)

    (a)    Discovery will be needed on the following subjects:

    Facts related to any defenses and affirmative defenses that may be asserted by Defendant.
    Facts related to Plaintiff's claims.

    (b)    All discovery commenced in time to be completed by July 31, 2013.

    (c)    Maximum of 25 interrogatories, including subparts, by each party to any other party.  Responses due 30 days after service.

    (d)    Maximum of 25 requests for admission, including subparts, by each party to any other party.  Responses due 30 days after service.

    (e)    Maximum of 5 depositions by Plaintiff and 5 by Defendant, including expert depositions.

    (f)    Each deposition limited to maximum of 6 hours unless extended by agreement of parties.

    (g)    Reports from retained experts under Rule 26(a)(2) due:
    from Plaintiff by June 15, 2013.
    from Defendant by June 30, 2013.

    (h)    Supplementation as required under Rule 26(e).

(3) <u>Other Agreed Upon Items</u>.

    (a)    Plaintiff(s) should be allowed until January 31, 2013 to join additional parties and until January 31, 2013 to amend the pleadings.

    (b)    Defendant(s) should be allowed until January 31, 2013 to join additional parties and until January 31, 2013 to amend the pleadings.

    (c)    All potentially dispositive motions should be filed by September 30, 2013.

    (d)    The proceeding should be ready for trial by December 2, 2013.  The trial is expected to take approximately 2 trial days.

    (e)    Jury Trial Matters.

        (i)    [ X ]    a jury trial was <u>not</u> timely demanded and <u>is</u> waived; or

            [ ]    a jury trial was timely demanded, but is waived; or
            [ ]    a jury trial was timely demanded but not waived.

    (ii) [ ] the parties consent to the Bankruptcy Court conducting the jury trial; or

      [ ] the parties do not at this time consent to the Bankruptcy Court conducting the jury trial.

  (f) The parties agree that:

    [ X ] This is a core proceeding; or

    [ ] This is a non-core proceeding otherwise related to the bankruptcy case.

  (g) [ X ] The parties consent to the Bankruptcy Court entering a final order or judgment in this proceeding; or

    [ ] The parties do not consent to the Bankruptcy Court entering a final order or judgment in this proceeding.

(4) <u>Other matters</u>.

  None.

(5) <u>Matters not agreed upon or insufficiently addressed by the foregoing</u>.

  None.

Respectfully submitted,

MGM GRAND DETROIT, LLC    GENE R. KOHUT, Chapter 7 Trustee for MuniVest Services, LLC, *et al.*

By: /s/ Doron Yitzchaki w/consent   By: /s/ Anthony J. Kochis
  Michael C. Hammer (P41705)     Scott A. Wolfson (P53194)
  Doron Yitzchaki (P72044)      Anthony J. Kochis (P72020)
Dickinson Wright PLLC       Wolfson Bolton PLLC
350 S. Main Street, Ste. 300      3150 Livernois, Suite 275
Ann Arbor, MI 48104        Troy, MI 48083
Telephone: (734) 623-7075      Telephone: (248) 247-7105
Email: dyitzchaki@dickinsonwright.com  Email: akochis@wolfsonbolton.com

Dated: January 17, 2013        Dated: January 17, 2013